# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOPHIA JREISAT,<br><br>　　　　Defendant. | Case No.: SACV 21-00161-CJC(DFMx)<br><br>AMENDED JUDGMENT |

//
//
//
//
//

-1-

This matter came before the Court on Plaintiff's motion for default judgment. On July 14, 2021, the Court granted Plaintiff's motion. In accordance with the Court's order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for (1) injunctive relief requiring Defendant to create ADA-compliant sales counters and paths of travel and (2) attorneys' fees and costs of $1,810.00.

DATED: July 14, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

cc: **FISCAL**